UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| MNM Properties, LLC | ) | 09 B 03491 |
| | ) | Hon. Carol A. Doyle |
| Debtor | ) | Hearing Date: 1/26/2010 |
| | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

TO:    See Attached Service List.

**PLEASE BE ADVISED** that on **January 26, 2010 at 10:30 a.m.** I shall appear before Bankruptcy Judge Carol A Doyle, Courtroom 742, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **"Final Fee Application of Chester H. Foster, Jr., Attorney for the Debtor-In-Possession"**, a copy of which is attached hereto and hereby served upon you. You may appear at that time if you see fit.

/s/ Chester H. Foster, Jr.

### Certificate of Service

I, Chester H. Foster, Jr., certify that a copy of the attached **"Final Fee Application of Chester H. Foster, Jr., Attorney for the Debtor-In-Possession"** was served upon the parties as set forth on the Service List via US Mail this 14th day of January, 2010.

/s/ Chester H. Foster, Jr.

Chester H. Foster, Jr.
Foster, Kallen & Smith
3825 W. 192nd Street
Homewood, Illinois 60430
(708) 799-6300
A.R.D.C. # 03122632

## Service List
## MNM Properties, LLC
## 09 B 03491

| **Parties Served Electronically Through ECF System or Direct Email Transmission** | **Parties Served via US Mail** |
|---|---|
| William T. Neary<br>Ofc. of the U.S. Trustee, Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604<br>USTPRegion11.ES.ECF@usdoj.gov | Harris Bank<br>c/o Kay Wesson, VP-SAMU<br>111 W. Monroe St., 11W<br>Chicago, IL 60603 |
| | Northern Trust Bank<br>8060 College Parkway<br>Fort Myers, FL 33919 |
| Jeffrey M. Monberg<br>jmonberg@kdlegal.com<br>C. Daniel Motsinger<br>cmotsinger@kdlegal.com<br>Kreig DeVault LLP<br>33 N. LaSalle St., #2412<br>Chicago, IL 60602 | Lake County Treasurer<br>2293 N. Main St.<br>Crown Point, IN 46307<br><br>Indiana American Water<br>P.O. Box 578<br>Alton, IL 62002-0578 |
| MNM Properties, LLC<br>PO Box 276<br>Lakeside, MI 49116<br>mnmpllc@sbcglobal.net | Indiana American Water<br>555 E. County Line Rd.<br>Suite 201<br>Greenwood, IN 46143 |
| J Mark Fisher<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL 60606<br>mfisher@schiffhardin.com | Orkin Pest Control<br>2640 E. 84th Pl.<br>Merrillville, IN 46410 |
| Woodbury Property Management<br>2921 Garfield Ave.<br>Highland, IN 46322<br>twoodbury@sbcglobal.net | Kane County Treasurer<br>719 S. Batavia Ave.<br>Geneva, IL 60134 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| **MNM Properties, LLC** | ) | **09 B 03491** |
| | ) | **Hon. Carol A. Doyle** |
| **Debtor** | ) | **Hearing Date: 1/26/2010** |
| | ) | **Hearing Time: 10:30 a.m.** |

**FINAL FEE APPLICATION OF**
**CHESTER H. FOSTER, JR.**
**ATTORNEY FOR THE DEBTOR -IN-POSSESSION**

To: Honorable Carol A. Doyle, Bankruptcy Judge

Now comes Chester H. Foster, Jr., counsel for MNM Properties, LLC (the "Debtor"), the Chapter 11 Debtor and Debtor-in-Possession, and hereby submits his final fee application for fees and reimbursement of expenses pursuant to §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

1.  On February 4, 2009, this Case was commenced by the Debtor filing a Voluntary Petition seeking relief under Chapter 11 of the Bankruptcy Code. From and since that date the Debtor has continued to operate its business and manage its property as Debtor-in-Possession under the supervision of this Court.

2.  No trustee or committee of the Debtor's creditors has been appointed in this Case.

3.  Pursuant to Order of this Court dated March 3, 2009, the Debtor was authorized to retain Chester H. Foster, Jr. and the firm of Foster, Kallen & Smith to act as its Attorneys in connection with the Debtor's Chapter 11 case.

FINAL Fee Application.doc

4.     As described in greater detail in the time sheets attached hereto as **Exhibit 1**, during the period October 1, 2009 through January 14, 2010, Foster and the other professionals and paraprofessionals of Foster, Kallen & Smith working under his supervision and direction expended a total of 207.30 hours representing the Debtor in this Chapter 11 Case. Based upon the firm's regular hourly rates, a total of $70,010.00 in fees have been incurred during this period. The services and fees have been divided into the following categories, for the Court's convenience:

| CATEGORY | HOURS | FEES |
| --- | --- | --- |
| General Case Administration Matters | 9.95 | $2,260.00 |
| Retention & Compensation of Professionals Matters | 23.30 | $7,660.00 |
| Cash Collateral Matters | 6.85 | $2,400.00 |
| Harris Bank Matters | 27.00 | $9,880.00 |
| Plan Matters | 140.20 | $47,810.00 |
| Totals | 207.3 | $70,010.00 |

**General Case Administration Matters**: Include time devoted to the preparation of the various reports and other materials that must be submitted in connection with the Chapter 11 Case; responding to numerous requests for information by the Debtor's creditors; and advising the Debtor concerning his debtor-in-possession operations;

**Retention & Compensation of Professionals Matters:** Include time devoted to the preparation of the various pleadings necessary to have professionals retained and time devoted to the preparation of fee applications for the professionals retained by the Debtor;

**Cash Collateral Matters:** Include time devoted to matters relating to the Debtor's use of "Cash Collateral;"

**Harris Bank Matters**: Include time devoted to matters relating to dealing with the Debtor's major secured creditor, Harris Bank, NA., not included in the above described categories, including opposing Harris's motion to lift the automatic stay;

**Plan Matters**: Include time devoted to matters relating to the Debtor's plan of reorganization and related disclosure statement; and

5.      The fees that are sought represent payment for services rendered by the following individuals in the following amounts:

| PROFESSIONAL | HOURLY RATE | HOURS | FEES |
| --- | --- | --- | --- |
| Chester H. Foster, Jr. | $400.00 | 148.55 | $59,420.00 |
| Justin B. Foster | $200.00 | 47.15 | $9,430.00 |
| Dean B. Foster[1] | $100.00 | 11.60 | $1,160.00 |
| Totals | N/A | 207.3 | $70,010.00 |

6.      The Debtor has reviewed this Application and has no objection to the fees and expenses sought herein.

7.      As described in greater detail in **Exhibit 1** during the period October 1, 2009 through January 14, 2010 Foster has expended a total of 5,447.93 in reimbursable costs and expenses in connection with his representation of the Debtor in this case.

8.      A copy of this Application was mailed to the Debtor, the United States Trustee's office, and to all creditors on January 14, 2010. The Debtor is requesting that the notice to creditors

---

1      Dean B. Foster is a paralegal.

FINAL Fee Application.doc

and all parties in interest be reduced from twenty (20) days to twelve (12) days pursuant to the provisions of Bankruptcy Rule 9006(c)(1).

**Wherefore**, Chester H. Foster, Jr. applies to the Court for entry of an order: (a) awarding him fees in the amount of $70,010,00 and expense reimbursement in the amount of $5,257.93 for the period October 1, 2009 through January 14, 2009; (b) directing the Debtor to pay him the fees and expense reimbursement awarded; and (c) granting such other relief as the Court deems proper.

Respectfully submitted,

/s/ Chester H. Foster, Jr.

Chester H. Foster, Jr.
Foster Kallen & Smith
3825 W. 192nd Street
Homewood, IL 60430
(708) 799-6300
A.R.D.C. #03122632

FINAL Fee Application.doc
Page 4 of 5